UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-21308-CIV-MOORE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROCCO DIMARTINO,

        Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS CAUSE came before the court upon the filing of the parties' Settlement Agreement (ECF No. 7). UPON CONSIDERATION of the Settlement Agreement, after a careful review of the record and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED as follows:

1. The Settlement Agreement in the above-styled case is hereby approved. The sum of $40,037.15 (principal of $27,948.76, interest in the amount of $11,403.39 through May 26, 2016, attorney fees in the amount of $650.00 and service fee in the amount of $35.00) plus interest at 6.130% per annum from May 26, 2016, until paid in full shall be paid according to the terms set forth therein. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement

2. All pending motions are DENIED AS MOOT.

3. The Clerk shall CLOSE this case.

UNITED STATES OF AMERICA vs. ROCCO DIMARTINO
CASE NO.:16-21308-CIV-MOORE
ORDER SETTLEMENT AGREEMENT

Page Two

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this __2nd__ day of June, 2016.

_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

copies furnished to:

Newman & Marquez, P.A
Jennifer Margolis Marquez, Esq.
Email: jenmargolis@bellsouth.net
Attorneys for Plaintiff

ROCCO DIMARTINO
11700 SW 80 ROAD
PINECREST, FL 33156